## DONNA KEMP *v.* HALDAN E. CONNOR, JR.
### (AC 20205)

Spear, Dranginis and Hennessy, Js.

Argued January 19—officially released February 13, 2001

Per Curiam. The judgment is affirmed.

## DANIEL CLARK *v.* COMMISSIONER OF CORRECTION
### (AC 20459)

Lavery, C. J., and Mihalakos and Stoughton, Js.

Argued January 24—officially released February 13, 2001

Per Curiam. The judgment is affirmed.

## JOHN SAKON *v.* MORIN PAVING, INC.
### (AC 20149)

Foti, Schaller and Dupont, Js.

Argued January 25—officially released February 13, 2001

Per Curiam. The judgment is affirmed.